**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles MAROVSKIS, Defendant–
Appellant.**

**No. 12–10746
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 15, 2014.

Linda Julin Mcnamara, Laurel Moore Lee, Robert E. O'Neill, Anthony Edward Porcelli, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Charles Marovskis, U.S. Attorney's Office, Tampa, FL, pro se.

Daniel Mario Hernandez, Daniel M. Hernandez, PA, Tampa, FL, for Defendant–Appellant.

---

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Daniel M. Hernandez, appointed counsel for Charles Marovskis in this direct criminal appeal, has moved to withdraw from further representation of Marovskis and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marovskis's convictions and sentences are **AFFIRMED**.